UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| M&S ADVISORY GROUP, INC. | : | Case No. C-1-02-522 |
| Plaintiff, | : | |
| | : | **NOTICE OF DEPOSITION** |
| v. | : | |
| EYEMART EXPRESS, LTD., | : | Judge Spiegel |
| | | Magistrate Judge Hogan |
| Defendant. | : | |

PLEASE TAKE NOTICE that the Plaintiff M&S Advisory Group, Inc., will take the

deposition of Victoria Krall on Thursday January 8, 2004 at 9:00 a.m. at the offices of

Cantey & Hanger, L.L.P., 1999 Bryan Street, Suite 3330, Dallas, Texas 75201 and

continuing day to day until completed.

Robert A. Pitcairn, Jr. (0010293)
Trial Attorney for Plaintiff
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202-4787
(513) 977-3477 – telephone
(513) 721-7120 – facsimile
rpitcairn@katzteller.com – e-mail

OF COUNSEL:

Wijdan Jreisat
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202-4787
(513) 721-4532

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Deposition was served upon Michael W. Hawkins and Jon B. Allison, Trial Attorneys for Defendant, Dinsmore & Shohl, 255 E. Fifth Street, Suite 1900, Cincinnati, Ohio 45202 via hand delivery this 23rd day of December, 2003.

_____
Wijdan Jreisat

KTBH:579876.1