UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **M&S ADVISORY GROUP, INC.** | : | Case No. C-1-02-522 |
| Plaintiff, | : | |
| | | **NOTICE OF DEPOSITION** |
| v. | : | |
| **EYEMART EXPRESS, LTD.,** | : | Judge Spiegel |
| | | Magistrate Judge Hogan |
| Defendant. | : | |

PLEASE TAKE NOTICE that the Plaintiff M&S Advisory Group, Inc., will take the deposition of Mary Jo Samuelson on Thursday, January 8, 2004 at 1:30 p.m. at the offices of Cantey & Hanger, L.L.P., 1999 Bryan Street, Suite 3330, Dallas, Texas 75201 and continuing day to day until completed.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Robert A. Pitcairn, Jr. (0010293)
　　　　　　　　　　　　　　　　　　Trial Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　255 East Fifth Street, Suite 2400
　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202-4787
　　　　　　　　　　　　　　　　　　(513) 977-3477 – telephone
　　　　　　　　　　　　　　　　　　(513) 721-7120 – facsimile
　　　　　　　　　　　　　　　　　　rpitcairn@katzteller.com – e-mail

OF COUNSEL:

Wijdan Jreisat
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202-4787
(513) 721-4532

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Deposition was served upon Michael W. Hawkins and Jon B. Allison, Trial Attorneys for Defendant, Dinsmore & Shohl, 255 E. Fifth Street, Suite 1900, Cincinnati, Ohio 45202 via hand delivery this 23rd day of December, 2003.

_____
Wijdan Jreisat

KTBH:579877.1