AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

M&S ADVISORY GROUP, INC.

          Case Number: 1:02-cv-00522

V.

EYEMART EXPRESS, LTD

          Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | FEBRUARY 24, 2004 at 10:00 AM |

SPECIAL INSTRUCTIONS:

1. **All parties must bring their client or a representative with full settlement authority.**

          JAMES BONINI, CLERK

          s/Kevin Moser
          Kevin Moser
          Case Manager
          (513) 564-7620

cc: Robert Pitcairn, Esq.    Jonathan Allison, Esq.    Keith Spiller, Esq.    Michael Hawkins, Esq.