UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **M&S ADVISORY GROUP, INC.** | : | Case No. C-1-02-522 |
| Plaintiff, | : | |
| | | **NOTICE OF APPEARANCE** |
| v. | : | |
| **EYEMART EXPRESS, LTD.,** | : | Judge Spiegel |
| | | Magistrate Judge Hogan |
| Defendant. | : | |

Please take notice that the undersigned, Wijdan Jreisat, of the firm of Katz, Teller, Brant & Hild, 255 East Fifth Street, Suite 2400, Cincinnati, Ohio, 45202, enters her appearance as one of the Trial Attorneys for the Plaintiff in this action.

Wijdan Jreisat (0063955)
Robert A. Pitcairn (0010293)
Trial Attorneys for Plaintiff
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202-4787
(513) 721-4532 – telephone
(513) 762-0021 – facsimile
wjreisat@katzteller.com – e-mail

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance was served upon Michael W. Hawkins and Jon B. Allison, Trial Attorneys for Defendant, Dinsmore & Shohl, 255 E. Fifth Street, Suite 1900, Cincinnati, Ohio 45202 via hand delivery this 21st day of January, 2004.

Wijdan Jreisat