### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**M&S ADVISORY GROUP, INC.**            :        **Case No. C-1-02-522**

       **Plaintiff,**            :

                                          **AGREED ORDER EXTENDING**
**v.**            :        **DISCOVERY DEADLINE**

**EYEMART EXPRESS, LTD.,**            :

                                        **Judge Spiegel**
       **Defendant.**            :        **Magistrate Judge Hogan**

By agreement of the parties, the Case Management Order is hereby revised to extend the date by which discovery is to be completed to February 25, 2004 and to extend the date by which dispositive motions are to be filed to March 15, 2004.

_____
Judge

/s/ Wijdan Jreisat_____
Robert A. Pitcairn, Jr. (0010293)
Wijdan Jreisat (0063955)
Trial Attorneys for Plaintiff
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202-4787
(513) 721-4532 – telephone
(513) 762-0021 – facsimile


/s/ Michael Hawkins_____
Michael W. Hawkins (0012707)
Jon B. Allison (0073955)
Trial Attorneys for Defendant
Dinsmore & Shohl
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
(513) 977-8270 – telephone
(513) 977-8141 – facsimile

KTBH:583145.1