IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **M&S ADVISORY GROUP, INC.** | : | Civil Action No. C-1-02 522 |
| Plaintiff, | : | |
| v. | : | **NOTICE OF DEPOSITION OF MONICA SMITH** |
| **EYEMART EXPRESS, LTD.** | : | |
| Defendant. | : | Judge Spiegel |

PLEASE TAKE NOTICE that the Plaintiff, M&S Advisory Group, Inc., will take the deposition of Monica Smith on February 18, 2004 beginning at 8:00 a.m. central time at 200 South Wacker Drive, 31st Floor, Chicago, Illinois 60606.

Respectfully submitted,

_____
Wijdan Jreisat (0063955)
Trial Attorney for Plaintiff
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202
(513) 721-4532 – telephone
(513) 762-0021 – facsimile
wjreisat@katzteller.com – e-mail

OF COUNSEL:

Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202-4787
(513) 721-4532

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Deposition of Monica Smith was served upon Michael W. Hawkins and Jon B. Allison, Trial Attorneys for Defendant, Dinsmore & Shohl, 255 E. Fifth Street, Suite 1900, Cincinnati, Ohio 45202 via United States Mail this 13th day of February, 2004.

_____
Wijdan Jreisat

KTBH:584791.1