### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **M&S ADVISORY GROUP, INC.** | : | Civil Action No. C-1-02 522 |
| **Plaintiff,** | : | |
| | | **NOTICE OF DEPOSITION OF** |
| v. | : | **JOE ARISTONE** |
| **EYEMART EXPRESS, LTD.** | : | |
| **Defendant.** | : | Judge Spiegel |

PLEASE TAKE NOTICE that the Plaintiff, M&S Advisory Group, Inc., will take the deposition of Joe Aristone on February 24, 2004 beginning at 10:00 a.m. by telephone from 200 South Broad Street, Philadelphia, Pennsylvania 19102. By agreement and stipulation of the parties, counsel and the officer who shall administer the oath to the witness and transcribe the deposition shall attend at the offices of Katz, Teller, Brant & Hild, 255 East Fifth Street, Cincinnati, Ohio 45202.

        Respectfully submitted,

        __s/ Wijdan Jreisat_____
        Wijdan Jreisat (0063955)
        Trial Attorney for Plaintiff
        255 East Fifth Street, Suite 2400
        Cincinnati, Ohio 45202
        (513) 721-4532 – telephone
        (513) 762-0021 – facsimile
        wjreisat@katzteller.com – e-mail

OF COUNSEL:

Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202-4787
(513) 721-4532

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2004, I electronically filed the foregoing Amended Notice of Deposition of Monica Smith with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael W. Hawkins and Jon B. Allison, Trial Attorneys for Defendant, Dinsmore & Shohl, 255 E. Fifth Street, Suite 1900, Cincinnati, Ohio 45202.

                                                  __s/ Wijdan Jreisat_____
                                                  Wijdan Jreisat

KTBH:584991.1