Michael W. Hawkins (0012707)  
Jon B. Allison (0073955)  
Attorneys for Defendant EyeMart Express, Ltd.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| M&S ADVISORY GROUP, INC., | : | Case No. C-1-02-522 |
| | : | |
| Plaintiff, | : | Judge Spiegel |
| | : | Magistrate Judge Hogan |
| vs. | : | |
| | : | **MOTION TO COMPEL AND MOTION** |
| EYEMART EXPRESS, LTD., | : | **FOR SANCTIONS WITH** |
| | : | **SUPPORTING AFFIDAVIT** |
| Defendant. | : | |
| | : | |
| | : | |

Defendant EyeMart Express, Ltd. (hereinafter "EyeMart"), pursuant to Rule 37 of the Federal Rules of Civil Procedure, moves this Court for an Order compelling Plaintiff M&S Advisory Group, Inc. to provide complete responses to Defendant EyeMart Express, Ltd.'s Second Request for Production of Documents Directed to Plaintiff M&S Advisory Group, Inc. and/or an Order of appropriate sanctions as provided under Rule 37 of the Federal Rules of Civil Procedure, and consistent with the inherent powers of this Court, including a jury instruction on spoliation of evidence and attorneys' fees for preparing this Motion. The facts supporting this Motion are more fully set forth in the attached Memorandum in Support and the attached Affidavit of Jon B. Allison, Esq.

Respectfully submitted,

/s/ Jon B. Allison
Michael W. Hawkins (0012707)
Jon B. Allison (0073955)
Dinsmore & Shohl LLP
1900 Chemed Center
255 E. Fifth Street
Cincinnati, Ohio  45202
(513) 977-8200
Attorneys for Defendant
EyeMart Express, Ltd.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert A. Pitcairn, Jr., Esq.
Wijdan Jreisat, Esq.
Katz, Teller, Brant & Hild
255 East Fifth Street
Suite 2400
Cincinnati, Ohio 45202-4787

/s/ Jon B. Allison
Jon B. Allison (0073955)

980231v1