**ALLISON, JON B.**

**From:** Wijdan Jreisat [wjreisat@katzteller.com]
**Sent:** Friday, August 22, 2003 2:32 PM
**To:** ALLISON, JON B.
**Cc:** MartyMandS@aol.com
**Subject:** Discovery

Dear Jon,

In response to your voicemail:

1. Documents produced: As you recall, we gathered all sorts of documents prior to Mr. Sherman's deposition. The documents produced are those which were responsive to Judge Hogan's order and/or any discovery requests.

2. Sherman Notes: As discussed in the discovery responses, Mr. Sherman reviewed his records after the deposition. He only keeps those notes back for the last few months or so. There were no notes from the time period he worked for EyeMart.

3. Lenscrafters Documents. We have responded to your requests as to any information provided to EyeMart as to Lenscrafters.

Wijdan Jreisat
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202
(513) 721-4532 Ex. 221 Phone
(513) 762-0021 Fax
wjreisat@katzteller.com
www.katzteller.com

------------------------------------------------------------------

NOTICE: The information contained in this electronic mail transmission is intended by Katz, Teller, Brant & Hild for the use of the named individual or entity to which it is directed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without reading, copying or forwarding it, and notify the sender of the error by reply email or by calling Katz, Teller, Brant & Hild at (513) 721-4532 (collect), so that our address record can be corrected.
------------------------------------------------------------------

*************************************************************

This email has been scanned by MailMax.
*************************************************************


*************************************************************

8/22/2003

This email has been scanned by MailMax.
http://www.maximizeit.net
*****************************************************************

8/22/2003