**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **M&S ADVISORY GROUP, INC., et al.,** | : | Case No. C-1-02 522 |
| Plaintiffs, | : | |
| v. | : | **NOTICE OF MANUAL FILING OF DEPOSITION OF JONATHAN HERSKOVITZ** |
| **EYEMART EXPRESS, LTD., et al.,** | : | |
| Defendants. | : | Judge Spiegel |

PLEASE TAKE NOTICE that the Plaintiff, M&S Advisory Group, Inc., is filing the Deposition of Jonathan Herskovitz manually due to the length of the Deposition.

/s/ Robert A. Pitcairn, Jr.
Robert A. Pitcairn, Jr. (0010293)
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202
(513) 721-4532
(513) 762-0077 Facsimile
rpitcairn@katzteller.com

Wijdan Jreisat (0063955)
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202
(513) 721-4532
(513) 762-0021 Facsimile
wjreisat@katzteller.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 15, 2004, I electronically filed the foregoing Notice of Manual Filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael W. Hawkins and Jon B. Allison, Trial Attorneys for Defendant, Dinsmore & Shohl, 255 E. Fifth Street, Suite 1900, Cincinnati, Ohio 45202.

                                               /s/ Wijdan Jreisat_____
                                               Wijdan Jreisat

KTBH: C:\NrPortbl\iManage\TOBRIEN\600086_1.DOC