Michael W. Hawkins (0012707)<br>
Jon B. Allison (0073955)<br>
Attorneys for Defendant EyeMart Express, Ltd.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| M&S ADVISORY GROUP, INC., | : | Case No. C-1-02-522 |
| | : | |
| Plaintiff, | : | Judge Spiegel |
| | : | Magistrate Judge Hogan |
| vs. | : | |
| | : | **NOTICE OF MANUAL FILING OF** |
| EYEMART EXPRESS, LTD., | : | **DEPOSITIONS** |
| | : | |
| Defendant. | : | |

Please take notice that Defendant EyeMart Express, Ltd. is manually filing the depositions of H. Doug Barnes, D.O., Jonathan Herskovitz, Frederick Grubb, Victoria Krall, Mary Jo Samuelson, Martin Sherman, Joseph John Aristone, Lance Johnson, Robert J. Kelleher, and Elizabeth A. Rice.

    Respectfully submitted,

    /s/ Jon B. Allison
    Michael W. Hawkins (0012707)
    Jon B. Allison (0073955)
    DINSMORE & SHOHL, LLP
    1900 Chemed Center
    255 East Fifth Street
    Cincinnati, Ohio 45202
    513/977-8200 (Phone)
    513/977-8141 (Fax)

    Trial Attorneys for Defendant,
    EyeMart Express, Ltd.

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert A. Pitcairn, Jr., Esq.
Wijdan Jreisat, Esq.
Katz, Teller, Brant & Hild
255 East Fifth Street
Suite 2400
Cincinnati, Ohio 45202-4787

/s/ Jon B. Allison
Jon B.  Allison (0073955)

997515v1

997515_1.DOC                                  2