IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **M&S ADVISORY GROUP** | : | Case No. C-1-02 522 |
| Plaintiff, | : | |
| v. | : | **NOTICE OF FILING DEPOSITION OF MONICA SMITH** |
| **EYEMART EXPRESS, LTD.** | : | |
| Defendant. | : | Judge Spiegel |

PLEASE TAKE NOTICE that the Plaintiff, M&S Advisory Group, Inc., is filing the Deposition of Monica Smith.

/s/ Wijdan Jreisat
Wijdan Jreisat (0063955)
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202
(513) 721-4532
(513) 762-0021 Facsimile
wjreisat@katzteller.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael W. Hawkins and Jon B. Allison, Trial Attorneys for Defendant, Dinsmore & Shohl, 255 E. Fifth Street, Suite 1900, Cincinnati, Ohio 45202.

/s/ Wijdan Jreisat
Wijdan Jreisat (0063955)

KTBH:602343.1