UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| M&S ADVISORY GROUP, INC., | : | |
| | : | Case No. C-1-02-522 |
| Plaintiff, | : | |
| | : | Judge Spiegel |
| v. | : | Magistrate Judge Hogan |
| | : | |
| EYEMART EXPRESS, LTD. | : | **AFFIDAVIT OF JONATHAN** |
| | : | **HERSKOVITZ** |
| Defendant. | : | |

I, JONATHAN HERSKOVITZ, being first duly cautioned and sworn, hereby state the following:

1. I am currently employed by EyeMart Express, Ltd. as a Senior Vice President.

2. In my capacity as a Senior Vice President for EyeMart Express, Ltd., on May 13, 2002, I participated in a telephone conversation with Martin Sherman of M&S Advisory Group, Inc. Frederick Grubb, also a Senior Vice President for EyeMart Express, Ltd., participated in this telephone conversation as well.

3. Portions of the May 13, 2002 telephone conversation referenced in paragraph 2 above were recorded. I have reviewed Exhibit 18 to my deposition which took place on June 12, 2003. This Exhibit is a transcript of the recording of the May 13, 2002 telephone conversation referenced above. I believe Exhibit 18 accurately reflects the May 13, 2002 conversation.

Further affiant saith naught.

_____
Jonathan Herskovitz

Subscribed to and sworn before me this ___7___ day of April, 2004.

_____
Notary Public

MARY JO SAMUELSON
Notary Public
State of Texas
My Commission Expires
March 25, 2007

C:\NrPortbl\CINTI\JALLISON\1004438_1.DOC