Michael W. Hawkins (0012707)
Jon B. Allison (0073955)
Attorneys for Defendant EyeMart Express, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| M&S ADVISORY GROUP, INC., | : | Case No. C-1-02-522 |
| | : | |
| Plaintiff, | : | Judge Spiegel |
| | : | |
| vs. | : | Magistrate Judge Hogan |
| | : | |
| EYEMART EXPRESS, LTD., | : | **DEFENDANT EYEMART** |
| | : | **EXPRESS LTD.'S** |
| Defendant. | : | **AMENDED RESPONSES** |
| | : | **TO PLAINTIFF'S THIRD** |
| | : | **SET OF INTERROGATORIES** |
| | : | **TO DEFENDANT** |

Defendant EyeMart Express, Ltd. (hereinafter "Defendant") submits the following amended responses to Interrogatory No. 1 of Plaintiff's Third Set of Interrogatories to Defendant. Defendant asserts and incorporates the general objections made in its prior responses.

## AMENDED DISCOVERY RESPONSES

1. Set forth the calculations for all damages that Defendant contends it has suffered as a result of Plaintiff's alleged breaches or representations (Defendant agreed to provide such calculations during the deposition of Jonathan Herskovitz).

**RESPONSE**: Defendant asserts and incorporates the objections made in its prior responses. Without waiving the objections, Defendant provides the following calculation of damages.

    Payment to Sherman - $41,666.64

    Construction/Upgrades/Additions - $151,022.22

    Employee Time on Real Estate - $38,185.00

    Compensation to Additional Personnel - $252,185.14

        Reflects compensation to the following persons for the year 2002:
        Christopher Blann - $93,077.06
        Terri Knoles - $3,338.48
        Kristie Miller - $48,519.45
        John Odle - $56,250.00
        Robert Van Dyke - $51,000.15

Travel and Related Expenses - $21,224.90

Reduction reflects subtraction of some amounts claimed as damages for flights to and returning from the ICSC in Las Vegas as set forth on documents bates-stamped EyeMart 000806 and EyeMart 000807.

Total - $504,283.90

AS TO THE OBJECTIONS.

Respectfully submitted,

Michael W. Hawkins (0012707)
Jon B. Allison (0073955)
Dinsmore & Shohl LLP
1900 Chemed Center
255 E. Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200

Attorneys for Defendant
EyeMart Express, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via hand delivery this 25th day of February, 2004 to:

Robert A. Pitcairn, Jr., Esq.
Wijdan Jreisat, Esq.
Katz, Teller, Brant & Hild
255 East Fifth Street
Suite 2400
Cincinnati, Ohio 45202-4787

## VERIFICATION

COUNTY OF ~~TARRANT~~ CLARK     )
                                ) SS:
STATE OF ~~TEXAS~~ NEVADA       )

I, Jonathan Herskovitz, being first duly cautioned and sworn, state the foregoing responses are true to the best of my information and belief.

_____
Jonathan Herskovitz

Sworn to and subscribed in my presence this 22nd day of ~~February, 2004.~~ April, 2004

_____
Notary Public

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
GEORGE CARTER
No: 01-66336-1
My Appointment Expires Nov. 16, 2004

My Commission Expires: 11/16/04

991003_1.DOC                    3