AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

M&S ADVISORY GROUP, INC.

        V.

EYEMART EXPRESS, LTD

Case Number:   1:02-cv-00522

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been RESET from 8/18/04 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | **DATE AND TIME**<br>SEPTEMBER 2, 2004 at 9:00 AM |

SPECIAL INSTRUCTIONS:

 

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Robert Pitcairn, Jr., Esq.    Wijdan Jreisat, Esq.    Jonathan Allison, Esq.    Michael Hawkins, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.