IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| M&S ADVISORY GROUP, INC. : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02-cv-00522 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| EYEMART EXPRESS, LTD : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that Plaintiff's Motion for Summary Judgment (doc. 48) is GRANTED. The Clerk is instructed to enter judgment in favor of the Plaintiff on all claims and counterclaims. Defendant's Motion for Summary Judgment (doc. 49) is DENIED. Defendant's Motion to Amend/Correct Amended Counterclaim (doc. 52) is DENIED. Plaintiff is hereby AWARDED damages in the amount of four hundred twenty-two thousand seven hundred fifteen dollars and thirty-nine cents ($422,715.39), with appropriate post-judgment interest accruing from the date of entry of judgment.


10/5/04                                                       James Bonini, Clerk


                                                              s/Kevin Moser
                                                              Kevin Moser
                                                              Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.