**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| M&S ADVISORY GROUP, INC., | : | |
| Plaintiff, | : | Civil Action No. C-1-02-522 |
| v. | : | |
| EYEMART EXPRESS, LTD., | : | Judge Spiegel |
| | : | Magistrate Judge Hogan |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant EyeMart Express, Ltd. hereby appeals to the United States Court of Appeals for the Sixth Circuit from Judge Spiegel's Summary Judgment Order entered in this action on the 5th day of October, 2004.

Respectfully submitted,

Michael W. Hawkins (0012707)
Jon B. Allison (0073955)
DINSMORE & SHOHL LLP
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202
513/977-8200 (Phone)
513/977-8141 (Fax)
Trial Attorneys for Defendant,
EyeMart Express, Ltd.