Thu Oct 28 15:48:28 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 424600
Cashier       sj1

Check Number:  125728

DO Code    Div No
4661       1

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount        $   255.00

DINSMORE & SHOHL LLP

NOTICE OF APPEAL 1:02-CV-522


Thu Oct 28 15:48:28 2004

Check No.  125728
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661