No. 04-4384

**FILED**

JAN 1 8 2005

**LEONARD GREEN, Clerk**

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

M&S ADVISORY GROUP, INC.

Plaintiff - Appellee

v.

EYEMART EXPRESS, LTD

Defendant - Appellant

FILED

JAN 1 8 2005

JAMES BONINI, Clerk
CINCINNATI, OHIO

: : : : : :

ORDER

1:02 cv 522

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation to dismiss filed by the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green /pb*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
Deputy Clerk