UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **M&S ADVISORY GROUP, INC.** | : | Case No. 1:02-CV-00522 |
| **Plaintiff,** | : | |
| | | **SATISFACTION OF JUDGMENT** |
| v. | : | |
| **EYEMART EXPRESS, LTD.,** | : | Judge S. Arthur Spiegel |
| **Defendant.** | : | |

Notice is hereby given that the judgment awarded in favor of M&S Advisory Group, Inc. and against EyeMart Express, Ltd. on October 5, 2004 in the amount of $422,715.39 has been satisfied.

Date: January 21, 2005

s/ Robert A. Pitcairn, Jr.
Robert A. Pitcairn, Jr. (0010293)
Trial Attorney for Plaintiff
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202-4787
(513) 977-3477 – telephone
(513) 721-7120 – facsimile
rpitcairn@katzteller.com – e-mail

OF COUNSEL:

Robert E. Brant
Wijdan Jreisat
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202-4787
(513) 721-4532

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2005, I electronically filed the foregoing Satisfaction of Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael W. Hawkins, Esq.
>Jon B. Allison, Esq.
>Trial Attorneys for Defendant
>Dinsmore & Shohl
>255 E. Fifth Street, Suite 1900
>Cincinnati, Ohio 45202

>>s/ Robert A. Pitcairn, Jr.
>>Robert A. Pitcairn, Jr.

KTBH:625655.1